U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED LAFAYETTE

APR 08 2014

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAFAYETTE DIVISION

| | |
|---|---|
| JACOB M. BELL, SR. | CIVIL ACTION 13-382 |
| VERSUS | JUDGE HAIK |
| ROBYN LANDRY, ET AL | MAGISTRATE JUDGE HANNA |

## JUDGMENT

Before the Court is a Report and Recommendation issued by Magistrate Judge Hanna (Doc. #9), objections to the Report and Recommendation (Doc. #10), and a Motion for Appointment of Counsel by Jacob Bell (Doc. #11).

Mr. Bell is proceeding *in forma pauperis* in this 42 U.S.C. section 1983 claim. There is no automatic right to appointment of counsel in section 1983 cases. The Court may deny the appointment of counsel unless the case presents "exceptional circumstances", *Branch v. Cole,* 686 F.2d. 265 (5th Cir., 1982). The Court looks to the type and complexity of the case, as well as the ability of the individual to bring it, when making the determination. In this case, the Court does not find Mr. Bell's Complaint presents "exceptional circumstances" warranting the appointment of counsel. The great majority of prisoners face the same circumstances Mr. Bell laid out in this Motion for Appointment of Counsel. None of these issues places his case in the realm of exceptional.

As to the merits of his case, . After an independent review of the record, and a full review of the objections presented, this Court concludes that the Report and Recommendation of the Magistrate Judge is correct and adopts the findings and conclusions therein as its own. As

such;

The plaintiff's civil rights complaint is hereby **DISMISSED WITH PREJUDICE** for failing to state a claim for which relief may be granted.

**THUS DONE** and **SIGNED** on this **8th day of April, 2014.**

RICHARD T. HAIK, SR., DISTRICT JUDGE
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA